**STATE OF MONTANA,**
    **Plaintiff,**                     **CAUSE NO. DC-11-53**
                                   **DECISION**
**-vs-**
**DARIN LITTLE LIGHT,**
    **Defendant.**

On January 8, 2013, the Defendant was sentenced for Vehicular Homicide While Under the Influence of Alcohol, a felony, in violation of Section 45-5-106, MCA, committed to serve Twenty-Five (25) years at Montana State Prison; the Court suggested conditions for parole; and other terms and conditions given in the Judgment and Commitment to Prison on January 8, 2013.

On February 28, 2014, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Ed Sheehy, Jr., Montana Office of Public Defender. Mr. Sheehy appeared by Vision Net from his office in Missoula, Montana, due to severe weather and traveling conditions. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly

excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 28th day of February, 2014.

DATED this 31st day of March, 2014.

Chairperson, Hon. Brad Newman, Member Hon. Kathy Seeley and Member Hon. Brenda Gilbert.